PER CURIAM.
Affirmed. Carroll v. United States, 267 U.S. 132, 45 S.Ct. 280, 69 L.Ed.2d 543 (1925), adopted by § 933.19, Fla.Stat. (1977); Turner v. State ex rel. Pellerin, 272 So.2d 129 (Fla.1973); State v. Stevens, 354 So.2d 1244 (Fla. 4th DCA 1978); State v. Toffolio, 349 So.2d 174 (Fla. 1st DCA 1977); Harris v. Tyson, 267 So.2d 390 (Fla. 4th DCA 1972); State ex rel. Wincor v. Turner, 222 So.2d 763 (Fla. 3d DCA 1969).